# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brenda Martin and Estate of Bernard Martin ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> DPR Construction a General Partnership; ) <br> Jorinne Jackson, an individual, et al. ) <br> ) <br> Defendant(s). ) <br> ) | Case No: 4:19-cv-03254-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Lawrence I. Davidson, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: DPR Construction & Jorinne Jackson in the above-entitled action. My local co-counsel in this case is Lorraine P. Ocheltree, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> 190 South LaSalle Street, Suite 3700 <br> Chicago IL 60603-3433 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> One Market Plaza, Spear Tower, Suite 2200 <br> San Francisco CA 94105-1127 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> (312) 499-6726 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 957-3234 |
| MY EMAIL ADDRESS OF RECORD: <br> LIDavidson@duanemorris.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> LPOcheltree@duanemorris.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 0584185.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: August 19, 2019          */s/ Lawrence I. Davidson*
<br>                                                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lawrence I. Davidson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.
Dated:

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

*PRO HAC VICE* APPLICATION & ORDER          *October 2012*



| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |



**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
7/18/2019

Re: Lawrence Ira Dean Davidson
Attorney No. 0584185

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Lawrence Ira Dean Davidson was admitted to practice law in Illinois on 11/6/1975; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Andrew Oliva
Registrar

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*

American LegalNet, Inc.
www.FormsWorkFlow.com