1  Lorraine P. Ocheltree (SBN 151791)
   Anjuli M. Cargain (SBN 270546)
2  **DUANE MORRIS LLP**
   Spear Tower
3  One Market Plaza, Suite 2200
   San Francisco, CA 94105-1127
4  Telephone: +1 415 957 3000
   Facsimile: +1 415 957 3001
5  E-mail: lpocheltree@duanemorris.com
           amcargain@duanemorris.com
6
   Lawrence I. Davidson (appearance *pro hac vice*)
7  **DUANE MORRIS LLP**
   190 South LaSalle Street, Suite 3700
8  Chicago, IL 60603-3433
   Telephone: +1 312 499 6700
9  Facsimile: +1 312 499 6701
   E-mail: lidavidson@duanemorris.com
10
   Attorneys for Defendant
11 DPR CONSTRUCTION, a General Partnership

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| BRENDA MARTIN and ESTATE OF BERNARD MARTIN,<br><br>Plaintiffs,<br><br>v.<br><br>DPR CONSTRUCTION a GENERAL PARTNERSHIP; and LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendants. | Case No.: 4:19-cv-03254-HSG<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; ORDER**<br><br>Date: September 17, 2019<br>Time: 2:00 p.m.<br>Dept: Courtroom 2, 4th Floor<br>District Judge: Haywood S. Gilliam, Jr.<br><br>Complaint Filed: June 10, 2019 |

**STIPULATION**

Plaintiffs BRENDA MARTIN and ESTATE OF BERNARD MARTIN ("Plaintiffs") and Defendants DPR CONSTRUCTION, a GENERAL PARTNERSHIP ("DPR Construction") and LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") (collectively "the Parties") stipulate as follows through their respective counsel:

1. The Parties seek permission from the Court to continue the initial Case Management Conference ("CMC") set for September 17, 2019, and the related deadlines, including the meet and confer deadline, the joint case management statement deadline, and the deadline to exchange initial disclosures.

2. On August 19, 2019, Defendants DPR Construction and Jorinne Jackson filed a motion to dismiss Plaintiffs' complaint ("Motion"). (Docket No. 23.)

3. On August 26, 2019, Plaintiffs informed all parties that they intended to file a first amended complaint by August 30, 2019.

4. On August 30, 2019, Plaintiffs filed a first amended complaint. Jorinne Jackson is not named as a defendant in the amended complaint. (Docket No. 33).

5. The first amended complaint renders the Motion moot.

6. Defendants have not fully evaluated Plaintiffs' first amended complaint. DPR Construction believes a second motion to dismiss may be necessary. DPR Construction intends to request the January 16, 2020, hearing date for that purpose, if possible.

7. The Parties agree that additional time is needed for case management planning at the CMC.

8. Likewise, counsel for Plaintiffs is unavailable on September 17, 2019.

9. The Parties request that the Court issue an order: (1) continuing the CMC for 30 days to allow for sufficient time to file, evaluate and possibly move to dismiss the first amended complaint; (2) extending the time to meet and confer and submit the joint statement in advance of the CMC based upon the new CMC date; and (3) extending the FRCP Rule 26(a) initial disclosure deadline until 14 days after the new CMC date.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: September 3, 2019 | **KANTOR & KANTOR, LLP** |
| 2 | | |
| 3 | | By: */s/ Susan Lynn Meter* |
| 4 | |     Glenn R. Kantor<br>    Susan Lynn Meter |
| 5 | | Attorneys for Plaintiffs<br>BRENDA MARTIN and |
| 6 | | ESTATE OF BERNARD MARTIN |
| 7 | Dated: September 3, 2019 | **LAMBERT COFFIN** |
| 8 | | |
| 9 | | By: */s/ Andrew S. Davis*<br>    Andrew S. Davis |
| 10 | | Attorneys for Plaintiffs<br>BRENDA MARTIN and |
| 11 | | ESTATE OF BERNARD MARTIN |
| 12 | Dated: September 3, 2019 | **DUANE MORRIS LLP** |
| 13 | | |
| 14 | | By: */s/ Anjuli M. Cargain* |
| 15 | |     Lorraine P. Ocheltree<br>    Anjuli M. Cargain<br>    Lawrence I. Davidson |
| 16 | | |
| 17 | | Attorneys for Defendants<br>JORINNE JACKSON, an Individual, and<br>DPR CONSTRUCTION, a General Partnership |
| 18 | | |
| 19 | Dated: September 3, 2019 | **MESERVE, MUMPER & HUGHES LLP** |
| 20 | | |
| 21 | | By: */s/ Anna Maria Martin*<br>    Anna Maria Martin |
| 22 | |     Kristin Kyle de Bautista |
| 23 | | Attorneys for Defendant<br>LIFE INSURANCE COMPANY OF NORTH |
| 24 | | AMERICA |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | **<u>ATTESTATION</u>** |

3               Case No.: 4:19-cv-03254-HSG
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; ORDER

Pursuant to Local Rule 5-1.(i), I hereby attest that counsel for Plaintiff BRENDA MARTIN and ESTATE OF BERNARD MARTIN and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA have concurred in the filing of the Stipulation Requesting Continuance of the CMC and related deadlines filed concurrently herewith.

Dated: September 3, 2019          **DUANE MORRIS LLP**

By: */s/ Anjuli M. Cargain*
Anjuli M. Cargain

Attorneys for Defendant
DPR CONSTRUCTION, a General Partnership

## ORDER

The Court, having considered the Stipulation of the Parties to Continue the Initial Case Management Conference ("CMC") and Related Deadlines, hereby **ORDERS** as follows:

1. The Stipulation to Continue the Initial CMC is **GRANTED**.
2. The CMC currently scheduled for September 17, 2019 is hereby continued to October 22, 2019, at 2:00 pm in Courtroom 2, 4th Floor.
3. All related CMC deadlines are continued in accordance with the new CMC date.
4. Initial disclosures must be exchanged by November 5, 2019.
5. The Order to Show Cause, Dkt. No. 34, is **DISCHARGED** in light of Defense counsel's explanation that Plaintiff's amended complaint moots the motion to dismiss, *see* Dkt. No. 35.
6. Defendant's pending motion to dismiss, Dkt. No. 23, is terminated as **MOOT** in light of the amended complaint.
7. Should Defendant file a second motion to dismiss, the hearing shall be set for January 16, 2020, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 4, 2019

By: _/s/ Haywood S. Gilliam, Jr._
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge