Glenn R. Kantor – SBN 122643
E-mail: gkantor@kantorlaw.net
Susan L. Meter – SBN 236133
E-mail: smeter@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Andrew Davis (*Admitted Pro Hac Vice*)
E-mail: adavis@lambertcoffin.com
Lambert Coffin
One Canal Plaza, Suite 400
Portland, Maine 04101
Telephone: 207.370.3010
Facsmile: 207.874.4040

Attorneys for Plaintiff,
BRENDA MARTIN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA MARTIN and ESTATE OF BERNARD MARTIN,<br><br>Plaintiffs,<br><br>vs.<br><br>DPR CONSTRUCTION a GENERAL PARTNERSHIP; and LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendants. | CASE NO.: 4:19-cv-03254-HSG<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT THE CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Date: October 22, 2019<br>Time: 2:00 p.m.<br>District Judge: Haywood S. Gilliam, Jr.<br><br>Complaint Filed: June 10, 2019<br>FAC Filed: August 30, 2019 |

Lambert Coffin, along with Kantor & Kantor, represent plaintiffs in the above-referenced action. We are requesting telephonic participation in the Case Management Conference, currently scheduled for October 22, 2019 in Oakland, California. Lambert Coffin's offices are located in

1
PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT THE CASE MANAGEMENT
CONFERENCE AND ORDER
Case No.: 4:19-cv-03254-HSG

Portland, Maine, over 3,000 miles from Oakland.

We realize this request is October 16, 2019, six days before the conference (as opposed to seven). We hope that our oversight in this regard can be excused given the extensive travel and expense required to attend the Case Management Conference.

DATED: October 16, 2019
LAMBERT COFFIN

By: */s/ Andrew Davis*
Andrew Davis
Attorneys for Plaintiffs

## **ORDER**

Plaintiffs' request to to appear telephonically at the Case Management Conference scheduled for October 22, 2019 is hereby GRANTED. Counsel for Plaintiff shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: 10/17/2019

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE