Anna Maria Martin (Bar No. 154279)
amartin@mmhllp.com
Kristin Kyle de Bautista (Bar No. 221750)
kkyle@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA MARTIN and ESTATE OF BERNARD MARTIN, <br><br> Plaintiff, <br><br> vs. <br><br> DPR CONSTRUCTION a GENERAL PARTNERSHIP; JORINNE JACKSON, an individual; LIFE INSURANCE COMPANY OF NORTH AMERICA; TRUSTEE OF THE GROUP INSURANCE TRUST FOR EMPLOYERS IN THE CONSTRUCTION INDUSTRY, <br><br> Defendant. | Case No. 4:19-cv-03254-HSG <br><br> **DEFENDANT LIFE INSURANCE COMPANY OF NORTH AMERICA'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE; ORDER** <br><br> Judge: Haywood S. Gilliam, Jr. <br> Ctrm: 2 <br><br> Complaint Filed: June 10, 2019 |

Pursuant to Judge Gilliam's Standing Order dated March 1, 2019, counsel for Defendant Life Insurance Company of North America ("LINA"), Anna Maria Martin, respectfully requests permission from the Court to appear telephonically at the Case Management Conference, which is set for October 22, 2019 at 2:00 p.m. in Courtroom 2 before the Honorable Haywood S. Gilliam.

This request is made for the following reasons:

On October 22, 2019, Ms. Martin will be in San Diego on another federal court matter which begins at 8:15 a.m. After this Court appearance, it was her intention to fly to Oakland International Airport to attend the Case Management Conference at 2:00 p.m. that afternoon.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

171740.1

1

Case No. 4:19-cv-03254-HSG
LINA'S REQ. TO APPEAR TELEPHONICALLY
AT CMC ORDER

Ms. Martin's daughter lives in Los Angeles, California and has recently accepted a new job in San Mateo, California.  Today, she was unexpectedly advised by her boss at her current job that her last day has been moved up from October 25, 2019 to October 18, 2019.  As a result, she will be relocating to San Francisco a week earlier.  Ms. Martin would like to stay in Southern California after her San Diego, California court appearance to help in her relocation to San Francisco, California.

Ms. Martin understands that Judge Gilliam's Standing Order indicates that a party seeking to appear telephonically at a Case Management Conference shall file a request at least seven days prior to the hearing.  In this case, counsel believed she would be able to attend in-person, but learned just today of the change in her daughter's last day of work.  It would greatly assist Ms. Martin if she could remain in Southern California to assist in her daughter's relocation.  As a result, Ms. Martin respectfully requests that this Court allow her to participate in Case Management Conference via telephone.

Respectfully submitted,

Dated:  October 16, 2019

Anna Maria Martin
Kristin P. Kyle de Bautista
MESERVE, MUMPER & HUGHES LLP

By: */s/ Anna M. Martin*
Anna Maria Martin
Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

***<u>O R D E R</u>***

The Court hereby approves the request of Life Insurance Company of North America's counsel, Anna Maria Martin, to appear telephonically at the Case Management Conference, which is set for October 22, 2019 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 10/17/2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

171740.1

3

Case No. 4:19-cv-03254-HSG
LINA'S REQ. TO APPEAR TELEPHONICALLY
AT CMC ORDER