# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Brenda Martin and Estate of Bernard Martin

Plaintiff(s),

v.

DPR Construction a General Partnership

Defendant(s).

Case No: 4:19-cv-03254-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Timothy B. Collins, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: DPR Contruction, a General Partnership in the above-entitled action. My local co-counsel in this case is Lorraine P. Ocheltree, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>One Market Plaza, Spear Tower, Suite 2200<br>San Francisco CA 94105-1127 |
| MY TELEPHONE # OF RECORD:<br>(215) 979-1281 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 957-3234 |
| MY EMAIL ADDRESS OF RECORD:<br>TBCollins@duanemorris.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>LPOcheltree@duanemorris.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 203539.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: December 30, 2019

*/s/ Timothy B. Collins*
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Timothy B. Collins is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/2/2020

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE

American LegalNet, Inc.
www.FormsWorkFlow.com



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Timothy Brian Collins, Esq.*

DATE OF ADMISSION

*November 8, 2006*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: December 27, 2019



Patricia A. Johnson
Chief Clerk