# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BRENDA MARTIN, ET AL )
                              ) Case No: 4:19-cv-03254-HSG
            Plaintiff(s), )
v.                      ) **APPLICATION FOR**
                              ) **ADMISSION OF ATTORNEY**
DPR CONSTRUCTION, ET AL ) **PRO HAC VICE; ORDER**
                              ) (CIVIL LOCAL RULE 11-3)
           Defendant(s). )

    I, Anna Polko Clark, Esq., an active member in good standing of the bar of the State of Maine, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Brenda Martin & Estate of Bernard Martin in the above-entitled action. My local co-counsel in this case is Glenn R. Kantor, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| P. O. Box 15215<br>Portland, ME 04112-5215 | 19839 Nordhoff Street<br>Northridge, CA 91324 |
| MY TELEPHONE # OF RECORD:<br>(207) 874-4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(818) 886-2525 |
| MY EMAIL ADDRESS OF RECORD:<br>aclark@lambertcoffin.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>gkantor@kantorlaw.net |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5429.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/07/20                                         Anna Polko Clark, Esq.
                                                                       APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of Anna Polko Clark, Esq. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 1/14/2020                                        /s/ Haywood S. Gilliam Jr.
                                                              UNITED STATES DISTRICT JUDGE *October 2012*

*PRO HAC VICE* APPLICATION & ORDER



# STATE OF MAINE
# SUPREME JUDICIAL COURT

## Certificate of Good Standing

I, Matthew E. Pollack, Executive Clerk of the Supreme Judicial Court, hereby certify that Anna Polko Clark, Esq. (Bar #5429) of Portland, ME, was duly admitted as an Attorney and Counselor at Law in the State of Maine on October 24, 2014, and is presently registered and in good standing as an Active Resident member of the bar.

Given under my hand and the Seal of said Court on December 24, 2019.



Matthew E. Pollack
Executive Clerk

*Not valid without raised seal.*