Glenn R. Kantor – SBN 122643
  E-mail: gkantor@kantorlaw.net
Susan L. Meter – SBN 236133
  E-mail: smeter@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile:  (818) 350-6272

Andrew S. Davis – *Pro Hac Vice*
  E-mail: adavis@lambertcoffin.com
Anna Polko Clark –  *Pro Hac Vice*
LAMBERT COFFIN
One Canal Plaza, Suite 400
Portland, Maine 04101
Telephone: (207) 370.3010
Facsimile:  (207) 874.4040

Attorneys for Plaintiffs

Lorraine P. Ocheltree (SBN 151791)
Anjuli M. Cargain (SBN 270546)
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone:     +1 415 957 3000
Facsimile:     +1 415 957 3001
E-mail: lpocheltree@duanemorris.com
E-mail: amcargain@duanemorris.com

Attorneys for Defendant
DPR CONSTRUCTION, a General Partnership

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA MARTIN and ESTATE OF BERNARD MARTIN,<br><br>            Plaintiffs,<br><br>     vs.<br><br>DPR CONSTRUCTION a GENERAL PARTNERSHIP; LIFE INSURANCE COMPANY OF  NORTH AMERICA,<br><br>            Defendants. | CASE NO.: 4:19-cv-03254-HSG<br><br>**STIPULATION REQUESTING VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE  PURSUANT TO FRCP 41(a)(1)(A)(ii); [PROPOSED] ORDER** |

1
STIPULATION OF DISMISSAL

Plaintiffs Brenda Martin and Estate of Bernard Martin ("Plaintiffs"), Defendants DPR Construction, and Defendant Life Insurance Company of North America (collectively the "Parties") have reached a resolution of all claims.

Therefore, the Parties, by and through their respective counsel of record, HEREBY STIPULATE AND AGREE, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims asserted in this action are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED: May 26, 2020               KANTOR & KANTOR, LLP


By:     */s/ Susan L. Meter*_____
        Susan L. Meter
        Attorney for Plaintiffs BRENDA MARTIN
        AND THE ESTATE OF BERNARD
        MARTIN

DATED: May 26, 2020               MESERVE, MUMPER & HUGHES LLP


By:     */s/ Anna Maria Martin*_____
        Anna Maria Martin
        Attorney for Defendant LIFE INSURANCE
        COMPANY OF NORTH AMERICA

DATED: May 26, 2020               DUANE MORRIS LLP


By:     */s/ Lorraine P. Ocheltree*_____
        Lorraine P. Ocheltree
        Attorney for Defendant
        DPR CONSTRUCTION

*Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, Susan L. Meter hereby attests that concurrence in the filing of this document and its content has been obtained by all signatories listed.*

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

**[PROPOSED] ORDER FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE**

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs.

DATED: _____5/26/2020_____   _____
HAYWOOD S. GILLIAM, JR.
United States District Court Judge